UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| KENTON GRAHAM, Plaintiff, v. NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*, Defendants. | : | **SCHEDULING ORDER** 21-CV-6885 (WFK) (LB) |

---

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court SCHEDULES a pre-trial conference in the above-captioned action for Friday, October 2, 2026, at 11:00 A.M. The conference will proceed before the Honorable William F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201.

The Court respectfully directs the Clerk of Court to reopen this case and to assign an active magistrate judge. The docket report shall be updated to reflect the new magistrate judge assignment.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 22, 2026
Brooklyn, New York